TRIM v. PLANTERS' COTTON OIL CO.

(Court of Civil Appeals of Texas. Texarkana. Jan. 15, 1914.)

APPEAL AND ERROR (§ 387*)—PERFECTION OF APPEAL—BOND.

The requirement of Rev. Civ. St. 1911, art. 2084, that an appeal bond be filed within 20 days after the expiration of the term at which the judgment was rendered must be complied with in order to give the appellate court jurisdiction, and, if not followed, the appeal must be dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2064–2070; Dec. Dig. § 387.*]

Appeal from District Court, Fannin County; Ben H. Denton, Judge.

Action between F. F. Trim and the Planters' Cotton Oil Company. From a judgment for the latter, the former appeals. Appeal dismissed.

McReynolds & Hay, of Sherman, for appellant. Cunningham & McMahon, of Bonham, for appellee.

WILLSON, C. J. It appears from the record that the judgment appealed from was rendered during the term of a district court of Fannin county which ended April 5, 1913, and that the appeal bond was not filed in that court until April 26, 1913; that is, not until after the expiration of 20 days from the date said term of court ended. It is settled that the requirement of the statute (article 2084, R. S. 1911) that an appeal bond shall be filed within 20 days after the expiration of the term at which the judgment was rendered must be complied with; otherwise the appellate court does not acquire jurisdiction of the appeal. Burr v. Lewis, 6 Tex. 80; Ry. Co. v. Whatley, 99 Tex. 128, 87 S. W. 819; Nash v. Noble, 52 Tex. Civ. App. 425, 114 S. W. 848; Simpson v. Baker, 57 Tex. Civ. App. 460, 122 S. W. 959. The appeal therefore must be dismissed.

---

COOPER MFG. CO. v. GOLDING.

(Court of Civil Appeals of Texas. Texarkana. Jan. 8, 1914.)

APPEAL AND ERROR (§ 770*)—REVIEW—FAILURE TO FILE BRIEF.

Under rules of Court of Civil Appeals, rule 42 (142 S. W. xiv), where appellant fails to file a brief, the record will not be examined further than to see that the judgment is one which can be affirmed on the view presented by appellee's brief.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3106, 3107; Dec. Dig. § 770.*]

Appeal from District Court, Shelby County; W. C. Burford, Judge.

Action between the Cooper Manufacturing Company and G. L. Golding. From the judgment, the manufacturing company appeals. Affirmed.

D. M. Short & Sons, of Center, for appellant. Davis, Davis & Davis, of Center, for appellee.

LEVY, J. The appellant not having filed a brief, the record is not examined further than to see that the judgment is one that can be affirmed upon the view as presented by appellee's brief, as provided by rule 42 for this court (142 S. W. xiv).

The judgment is affirmed.